FILED
OCT 1 0 2017
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:17-CR-162<br>Judge Mazzant |
| ARONGKRON MALASUKUM | | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

>Violation: 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B) (Lacey Act Wildlife Trafficking)

On about and between April 6, 2016 and May 25, 2016, in the Eastern District of Texas and elsewhere, the defendant, **Arongkron Malasukum,** knowingly engaged in conduct involving the purchase and sale of wildlife, that is, parts from endangered African lions *(Panthera leo)* and tigers *(Panthera tigris)*, with a market value in excess of $350, by knowingly receiving, acquiring, purchasing, and transporting, such wildlife in interstate and foreign commerce, knowing such wildlife was possessed, transported, and sold in violation of and in a manner unlawful under the laws and regulations of the United States, when such wildlife was in fact possessed, transported, and sold in violation of the Endangered Species Act.

In violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

Date: 10/4/2017

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
JAMES NOBLE
Assistant United States Attorney

_____
GARY N. DONNER
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 4:17CR_____ |
| | § | Judge _____ |
| ARONGKRON MALASUKUM | § | |

### NOTICE OF PENALTY

### Count One

Violation: 16 U.S.C. § 3372(a)(1) (Purchase and Sale of Wildlife Taken in Violation of Federal Law)

Penalty: A fine of not more than $250,000.00; imprisonment for not more than five (5) years; a term of supervised release of not more than three (3) years.
16 U.S.C. § 3373(d)(1) and 18 U.S.C. § 3571(b)(3)

Special Assessment: $100.00

Information – Page 3 of 3