

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17-CR-162 |
| | § | Judge Mazzant |
| ARONGKRON MALASUKUM | § | |

### NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the Defendant, **Arongkron Malasukum**, through his counsel of record, Ms. Denise S. Benson, and the Government, have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, TX 75702
(903)-590-1400
Fax: (903)-590-1436
Email: James.Noble@usdoj.gov

Notice of Plea Agreement - Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via electronic mail on this the 4 day of October, 2017.

                                                                                               /s/ Jim Noble
                                                                                               JIM NOBLE
                                                                                               Assistant United States Attorney