IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 4:17CR 162 |
| | § Judge Mazzant |
| ARONGKRON MALASUKUM | § |

## ELEMENTS OF THE OFFENSE

**Arongkron Malasukum**, you are charged in Count One of the Information filed in the Eastern District of Texas with Unlawful Purchase and Sale of Endangered Wildlife in Interstate and Foreign Commerce in Violation of the Endangered Species Act, 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B). The following are the essential elements of the offense that the government must prove, beyond a reasonable doubt, before you could be convicted, but which you must admit if your plea is to be accepted.

<u>16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B)</u>

<u>First</u>: That the defendant knowingly engaged in conduct involving the receipt, acquisition, purchase or transport of wildlife in interstate or foreign commerce;

<u>Second</u>: That the wildlife had a market value in excess of $350.00;

<u>Third</u>: That the wildlife had been possessed, transported or sold in violation of the laws and regulations of the United States; and,

<u>Fourth</u>: That the defendant knew that the wildlife had been possessed, transported or sold in violation of the laws and regulations of the United States.

Respectfully submitted,

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
JIM NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, TX 75702
(903)-590-1400
Fax: (903)-590-1436
Email: James.Noble@usdoj.gov