**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:** 8/1/2018

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |
| USA vs. ARONGKRON MALASUKUM | 4:17CR162 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| James Noble | Denise Benson |
|  | *INTERPRETER: Tina Tran* |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   SENTENCING |
|---|---|
| 10:28 a.m. | Court in session.  Court notes appearances.  Parties have reviewed PSR.  No corrections and no objections.  Court adopts the PSR. |
| 10:31 a.m. | Court notes Defendant plead guilty to Count 1 of the Information.  Court adopts the plea agreement. . |
| 10:32 a.m. | TOL: 15, CHC I, 18 -24 months on Ct. 1 of the Information.  Court heard from Ms. Benson.  Response from James Noble on behalf of the Government. |
| 10:33 a.m. | Defendant allocuted. |
| 10:34 a.m. | Sentence imposed. total term of 9 months on Ct. 1 of the Information; appropriate mental health treatment, fine waived, special assessment of $100, and supervised release term of 1 year. |
| 10:35 a.m. | Dft requested BOP; Queens New York area.  Defendant shall report September 10, 2018 at 2:00 pm.  Rights of appeal are addressed.  Govt asks the court to enter a final order of forfeiture pursuant to the plea agreement.  Court will. |
| 10:38 a.m. | Defendant released pending his report date. |

DAVID O'TOOLE, CLERK

BY:     *Keary Conrad*
Courtroom Deputy Clerk